# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  AU:25-CR-00236(1)-ADA |
| | § | |
| (1) OSCAR ESTEBAN | § | |
| HUERTA-CERVANTES | | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed May 13, 2025, wherein the defendant (1) OSCAR ESTEBAN HUERTA-CERVANTES waived appearance before this Court and appeared before United States Magistrate Judge Mark Lane for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.   The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) OSCAR ESTEBAN HUERTA-CERVANTES to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) OSCAR ESTEBAN HUERTA-CERVANTES's plea of guilty to Count One (1) is accepted.

Signed this 29th day of May, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE